DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JOSHUA SINGLETARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1845

———————————————

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Joshua Singletary, pro se.

PER CURIAM.

Affirmed.  *See* § 782.04(2), Fla. Stat. (2003); *Burttram v. State*, 846 So. 2d 1201 (Fla. 2d DCA 2003); *Haynes v. State*, 106 So. 3d 481 (Fla. 5th DCA 2013).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.